

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2020

No. 04-19-00879-CV

**CITY OF LEON VALLEY,**
Appellant

v.

Benny **MARTINEZ,**
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-08343
Honorable Peter Sakai, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to file brief is hereby GRANTED. The Appellee's brief is due on March 20, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court